DARTHULA C. STEVENS, Appellant, v. S. H. HIG-
GENBOTHAM, Respondent.

Appeal.—Dismissal.—A second motion to dismiss an appeal made
for a cause existing when the first motion to dismiss was made,
will not be entertained by the court.

Id.—Decision.—Remittitur.—Findings.—When on an appeal from
a decree the cause is reversed and remanded with direction to
enter a decree in accordance with the opinion of the appellate
court and remittitur issued and decree entered in the lower
court in accordance with such remittitur, whereupon appeal is
taken again, and the findings first appealed from are incorpora-
ted into the statement on appeal; *held* that on second appeal
such findings will be stricken from the record, since all questions
arising upon them were settled on the former appeal.

MOTION by respondent to dismiss the appeal and motion
to strike out part of the record.

*Mr. Thomas Maloney* for the appellant.

*Messrs. Kimball & White* for the respondent.

BLACKBURn, J.

A motion was made, argued and submitted to dismiss
the appeal in this case, which motion was denied, and
thereupon the respondent submitted this motion to dismiss
the appeal, assigning a new reason, but one that existed at
the time the first motion was made.   This last motion can-
not be entertained for a cause that existed when the first
motion was made.   The question of dismissal was heard
on the first motion and decided; practice allowing a second
motion to be made for the same purpose would lead to in-
terminable delay, and should not be permitted.   The mo-
tion will be stricken from the files.

This case was formerly in this court.   It was tried in
the court below by the court.   Findings of fact and con-
clusions of law were made and filed, and judgment entered
thereon.   An appeal was taken to this court, and the judg--

ment was reversed and the cause remanded, with the direction to enter a decree in accordance with the opinion of this court. A *remittitur* was filed in the court below, and a decree entered, and this appeal is from that decree. The motion we are called upon to decide now, is to strike from the statement in this case the findings of fact and conclusions of law made on the first trial in the court below. We think the motion ought to be sustained. The questions arising on these findings of fact and conclusions of law were all disposed of in the former decision of this case by this court, and they can have no bearing in determining the rights of the parties on this appeal. The motion is sustained.

ZANE, C. J., and ANDERSON, J., concurred.